B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**VISION INDUSTRIES CORP.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names)<br>**DBA Vision Motor Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**14-1908451** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2230 E. Artesia Blvd.**<br>**Long Beach, CA 90805**<br><br>ZIP CODE **90805-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

-------------------------------------------------
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

1

B1 (Official Form 1) (04/13)                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**VISION INDUSTRIES CORP.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**(If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor**(If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)                                                                    Page 3

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **VISION INDUSTRIES CORP.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
**Richard A. Marshack 107291**
Printed Name of Attorney for Debtor(s)
**MARSHACK HAYS LLP**
Firm Name
**870 Roosevelt Avenue**
**Irvine, CA 92620-3663**
Address
Email:rmarshack@marshackhays.com
**(949) 333-7777 Fax:(949) 333-7778**
Telephone Number
**September 24, 2014**                        **107291**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Jerome Torresyap**
Printed Name of Authorized Individual
**President/COO**
Title of Authorized Individual
**September 24, 2014**
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Central District of California

In re  **VISION INDUSTRIES CORP.**

Debtor(s)

Case No. _____

Chapter    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    **000-53315**    .

2. The following financial data is the latest available information and refers to the debtor's condition on    **June 30, 2014**    .

a. Total assets                                                                $    **1,346,623 (unaudited)**

b. Total debts (including debts listed in 2.c., below)        $    **3,181,072 (unaudited)**

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | | |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

d. Number of shares of preferred stock        **2,000,000 authorized, 150,000 issued and 150,000 outstanding**        0

e. Number of shares common stock        **500,000,000 authorized, 118,359,445 issued and 118,359,445 outstanding**        0

Comments, if any:

**Shares reported as of 6/30/14. Asset and debt values taken from 10-Q for period ending 6/30/14. Financials have been reviewed but not audited by a 3rd-party accounting firm.**

3. Brief description of Debtor's business:

**Vision Industries Corp., is a California-based manufacturer of zero-emission hydrogen fuel cell electric hybrid powered Class 8 trucks and terminal tractors.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **VISION INDUSTRIES CORP.**

Debtor(s)

Case No. _____

Chapter    **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Asher (KBM Worldwide)**<br>**1 Linden Place**<br>**Suite 207**<br>**Great Neck, NY 11021** | **Asher (KBM Worldwide)**<br>**1 Linden Place**<br>**Suite 207**<br>**Great Neck, NY 11021**<br>**516-498-9890** | **Note Payable -**<br>**Asher 12** | | **53,000.00** |
| **Asher (KBM Worldwide)**<br>**1 Linden Place**<br>**Suite 207**<br>**Great Neck, NY 11021** | **Asher (KBM Worldwide)**<br>**1 Linden Place**<br>**Suite 207**<br>**Great Neck, NY 11021**<br>**516-498-9890** | **Note Payable -**<br>**Asher 13** | | **42,500.00** |
| **Beaufort Capital**<br>**660 White Plains Road**<br>**Suite 455**<br>**Tarrytown, NY 10591** | **Robert Marino**<br>**Beaufort Capital**<br>**660 White Plains Road**<br>**Suite 455**<br>**Tarrytown, NY 10591**<br>**914 332 4500** | **Note Payable -**<br>**(Gersh)** | | **28,182.00** |
| **Beaufort Capital**<br>**660 White Plains Road**<br>**Suite 455**<br>**Tarrytown, NY 10591** | **Robert Marino**<br>**Beaufort Capital**<br>**660 White Plains Road**<br>**Suite 455**<br>**Tarrytown, NY 10591**<br>**914 332 4500** | **Note payable -**<br>**(Note)** | | **67,500.00** |
| **Beaufort Capital**<br>**660 White Plains Road**<br>**Suite 455**<br>**Tarrytown, NY 10591** | **Robert Marino**<br>**Beaufort Capital**<br>**660 White Plains Road**<br>**Suite 455**<br>**Tarrytown, NY 10591**<br>**914 332 4500** | **Note payable -**<br>**(Note)** | | **52,500.00** |
| **Coventry Enterprises**<br>**80 S.W. 8th Street**<br>**Suite 2000**<br>**Miami, FL 33130** | **Jack Bodenstein**<br>**Coventry Enterprises**<br>**80 S.W. 8th Street**<br>**Suite 2000**<br>**Miami, FL 33130**<br>**248-569-9174** | **Note Payable** | | **55,000.00** |
| **Frau Margot Porchet**<br>**IM Bungert 7**<br>**CH-8820 Waedenswill** | **Frau Margot Porchet**<br>**IM Bungert 7**<br>**CH-8820 Waedenswill** | **Note Payable** | | **50,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re    **VISION INDUSTRIES CORP.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| JDF Capital<br>47 Broadway<br>Freehold, NJ 07728 | John D. Fierro<br>JDF Capital<br>47 Broadway<br>Freehold, NJ 07728<br>718-290-4058 | Note Payable | | 60,000.00 |
| Kohall Holding<br>Im Zenrum 1<br>CH-8102 Oberengstringen<br>Oberengstringen, Zurich | Kohall Holding<br>Im Zenrum 1<br>CH-8102 Oberengstringen | Note payable | | 50,000.00 |
| Novium<br>Seestrasse 45<br>Postfach<br>CH-8702 Zollikon | Raul Cortes<br>Novium<br>Seestrasse 45<br>Postfach<br>+41 44 388 50 93 | Note payable | | 300,000.00 |
| Novium<br>Seestrasse 45, Postfach<br>CH - 8702 Zollikon<br>Switzerland | Raul Cortes<br>Novium<br>Seestrasse 45<br>Postfach<br>+41 44 388 50 93 | Note Payable | | 200,000.00 |
| QIF Malta | QIF Malta | Note payable -<br>Tranche 4 | | 90,000.00 |
| QIF Malta | QIF Malta | Note payable -<br>Tranche 2 | | 90,000.00 |
| QIF Malta | QIF Malta | Note payable -<br>Tranche 1 | | 90,000.00 |
| QIF Malta | QIF Malta | Note payable -<br>Tranche 6 | | 295,000.00 |
| QIF Malta | QIF Malta | Note payable -<br>Tranche 5 | | 295,000.00 |
| QIF Malta | QIF Malta | Note payable -<br>Tranche 3 | | 260,000.00 |
| TTSI<br>18735 S. Ferris Place<br>Compton, CA 90220 | Victor La Rosa<br>TTSI<br>18735 S. Ferris Place<br>Compton, CA 90220<br>310-816-0260 | Note payable -<br>Lease liability | | 280,631.00 |
| TTSI<br>18735 S. Ferris Place<br>Compton, CA 90220 | Victor La Rosa<br>TTSI<br>18735 S. Ferris Place<br>Compton, CA 90220<br>310-816-0260 | Note payable - | | 50,000.00 |
| Typenex<br>303 E. Wacker Drvie<br>Suite 1200<br>Chicago, IL 60601 | John M. Fife<br>Typenex<br>303 E. Wacker Drvie<br>Suite 1200<br>Chicago, IL 60601<br>312-297-7000 | Note payable | | 86,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **VISION INDUSTRIES CORP.**                                                      Case No. _____

                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/COO of the corporation named as the debtor in this case, declare under penalty of perjury
that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 24, 2014**                        Signature _____

                                                    Jerome Torresyap
                                                    President/COO

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **RICHARD A. MARSHACK, #107291**<br>rmarshack@marshackhays.com<br>**MARSHACK HAYS LLP**<br>**870 Roosevelt Avenue**<br>**Irvine, CA 92620-3663**<br>**Telephone: (949) 333-7777 Fax: (949) 333-7778**<br><br>☒ *Attorney for:* Debtor, VISION INDUSTRIES CORP. | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>   VISION INDUSTRIES CORP.<br><div align=right>Debtor(s).</div> | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒    Petition, statement of affairs, schedules or lists            Date Filed: _____

☒    Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____

☒    Other: _____       Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____       **September 24, 2014**
*Signature of Authorized Signatory of Filing Party*      Date

**Jerome Torresyap**
*Printed Name of Authorized Signatory of Filing Party*

**President/COO**
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____       **September 24, 2014**
*Signature of Attorney for Filing Party*      Date

**Richard A. Marshack**
*Printed Name of Attorney for Filing Party*

_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

Vision Industries Corp.
2230 E. Artesia Blvd.
Torrance, CA 90509

Richard A. Marshack
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, CA 92620-3663

Office of the United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

Adams and Reese LLP
101 East Kennedy Boulevard
Suite 400
Tampa, FL 33602


ADS Security Systems
1594 S Anaheim Blvd. Ste. C
Anaheim, CA 92805


Airgas West
PO BOX 7423
Pasadena, CA 91109


Alan Koshkin
310 Tahiti Way Apt 111
Marina Del Rey, CA 90292-6742


Albert Morretti
3478 Paradise Road, No. 108
Las Vegas, NV 89169


Alder-Perry Rev. Trust
Po Box 762
Carefree, AZ 85377


Amanda Hopkins
824 Main Avenue
Unit 1
Long Beach, CA 90813


Amin Shilpa
5000 Mission Oaks Blvd., #56
Austin, TX 78735

Anders Selberg
GashagavÄgen 17A
LidingÖ
18165, SW


Andrew Zahn
8113 Bart Ct Ne
Albuquergue, NM 87109


Anthony And Hewletta Moreno
2166 W. 2000 Rd. South
Kankakee, IL 60901


Anthony Savage
3011 Cabrillo Mesa Dr.
San Diego, CA 92123


AppliedSensor, Inc.
53 Mountain Boulevard
Warren, NJ 07059


Arlan J. Van Wyk Revocable Trust
Po Box 389
Sheldon, IA 51201


Arron Johnson
19055 Orange Ave
Sonoma, CA 95476


Arthur Sagoskin
7554 Green Valley Rd.
Frederick, MD 21701

Asher (KBM Worldwide)
1 Linden Place
Suite 207
Great Neck, NY 11021


Ashley Coleman
3802 Denlinger Road
Dayton, OH 45426


Bank Of Valletta Plc As Custodian
Bank Of Valletta, Cannon Rd
Santa Venera 09030
Malta


Barbara Enander


Bay West Refuse
P.O. Box 25119
Los Angeles, CA 90025


Beaufort Capital
660 White Plains Road
Suite 455
Tarrytown, NY 10591


Becky West
26665 Seagull Way, Unit A203
Malibu, CA 90265


Belvey Harrison
1421 Cameron Hollow Road
New Cumberland, WV 26047

Betty Jane Owens
124 Grandview Drive
Wintersville, OH 43953


Beverly J. Housden Trust
1149 N 92Nd St, #358
Scottsdale, AZ 85256


Bluebird Springs Ventures, Llc
1149 N. 92Nd St. #427
Scottsdale, AZ 85256


Brad Shipley
323 Bicknell Ave
Santa Monica, CA 90405


Brandi J. Peachy
237 Miami Ave.
Weirton, WV 26062


Brent Owens
184 Miami St.
Park Forest, IL 60466


Brian & Karen Combs
2850 Myrtle St
Baker City, OR 97814


Brian Hinshaw
8126 S. Dromedary Dr.
Tempe, AZ 85284

Broadridge
PO Box 416423
Boston, MA 02241-6423


Bruce Caspari
935 Ellesmere Way
Oak Park, CA 91377


Bruce Cleveland
12918 Cerise Ave
Hawthorne, CA 90250


Bruce Cleveland
12918 Cerise Ave.
Hawthorn, CA 90250


Bruce Clifford Simpson
15 Troy St.
Apple Cross WA 06153
Australia


C&M Capital, Inc
Vattuniemenkuja 4E
Helsinki 02100


Cappello Capital Corp.
100 Wilshire Boulevard
Suite 1200
Santa Monica, CA 90401


Carol Bird
31562 Broad Beach Road
Malibu, CA 90265-2600

Caroline Kong
5320-185Th St.
Edmonton, AB T6M 2G1


Carrig Don
1 Descanso
Irvine, CA 92620


Cary Meadow
100 Wilshire Boulevard
Suite 1200
Santa Monica, CA 90401


Casale Alliance Llp
1158 26Th Street, Suite 325
Santa Monica, CA 90403


Cede & Co
P O Box 20
Bowling Green Station
New York, NY 10004


Celine Micetich
12 Braeside Terrace
Sherwood Park, AB T8A 3V6


Chad W. Sparks
237 Miami Ave.
Weirton, WV 26062


Chan Tsz King
15Th Floor
No. 45 Sing Woo Road
Happy Valley

Charles H. & Rebecca B. White
3510 Doncaster Rd.
Winston Salem, NC 27106


Charter Communications
PO Box 60229
Los Angeles, CA 90060


Chris Micetich
1 Ridgebay Place
Sherwood Park, AB T8A 3V6


Christa Weisdorn
#212-8611 General Curry Rd
Richmond, BC V6V 3W4


Christian Kolster
Katiskakuja 3 As 4
Espoo 00230


City of El Segundo
P.O. Box 8266
Pasadena, CA 91109


Clay Massey
1830 Lincoln Blvd #101
Santa Monica, CA 90401


CNA Insurance
Department LA 21245
Pasadena, CA 91185

Con-Way Freight
PO Box 5160
Portland, OR 97208


Corey Owens
4908 Velma Drive
Killeen, TX 76542


Corinne & Rod Farley
7410 Ogelsby Ave.
Los Angeles, CA 90045


Corinne & Rod Farley
7410 Ogelsby Ave
Los Angeles, CA 90045


Cory Shumaker
1720 Pacific Ave.
#216
Venice, CA 90291


Cory Shumaker
1720 Pacific Ave No 216
Venice, CA 90291


Coventry Enterprises
80 S.W. 8th Street
Suite 2000
Miami, FL 33130


Cyclone Energy
2950 E. Nutwood Ave.
Fullerton, CA 92831

Dan & Marsha Keigher
6801 W. Villa Teresa Dr.
Glendale, AZ 85308


Daniel & Clara Shaffer Jtwros
4901 W Paradise Ln
Glendale, AZ 85306


Daniel Rapadas
186 Coral Dr.,
Woodland, CA 95695


Danny Rodriguez
15610 Slover Avenue
Fontana, CA 92337


Dave Peckinpaugh
13059 Camino Del Valle
Poway, CA 92064


David Adams
1271 West Seagal Court
Chandler, AZ 85286-8341


David Chien
2719 Kelton Ave
Los Angeles, CA 90064


David Chien
2719 Kelton Ave.
West Los Angeles, CA 90064

David E. Booth
16177 W Montoya Dr
Surprise, AZ 85374

David Goodfriend
C/O Jh Darbie & Co.
99 Wall Street, 6 Th Floor
New York, NY 10005

David Lovett
12918 Cerise Ave.
Hawthorn, CA 90250

David West
26665 Seagull Way, Unit A203
Malibu, CA 90265

Deborah Ankrom Kepes
2480 Cobble Creek Lane
Grayson, GA 30017

Deborah-Lynne Helfrich
585 Forrest Dr.
Sherwood Park, AB T8A 3V6

Decines Revocable Living Trust
124 Riviera Way
Laguna Beach, CA 92651

Dell
PO Box 910916
Pasadena, CA 91110

Deloitte
PO Box 2079
Carol Stream, IL 60132-2079


Dennis Gauger
2598 North Turnberry Court
Lehi, UT 84043


Diane J. Harrison
6719 Bobby Jones Ct.
Palmetto, FL 34221


Differential Engineering, Inc.
Po Box 545
Prarie City, OR 97869


Dina Forgione
Beethovenstr. 10, 6020
Innsbruck


Donn L. Melby
11046 Pleasant Valley Rd.
Sun City, AZ 85351


Donnie D. French
2300 Cienaga St. Spc 35
Oceano, CA 93445


Douglas Chien
2719 Kelton Ave.
West Los Angeles, CA 90064

Douglas Chien
2719 Ketlon Ave.
Los Angeles, CA 90064


Dr. Deborah Ibach
#215, 415 Jarvis St
Toronto, ON M4Y 3C1


Drake & Klein CPA
2451 N. McMullen Booth Rd
Suite 308
Clearwater, FL 33759


Edith Weiermair
610 Bullock Dr., Suite 1604
Unionville, ON L3R 0G1


Edward F. Smith
325 Ventura Club Dr.
Roselle, IL 60172


Edwin P. Rather
6011 N Desert Sun Ct
Tucson, AZ 85750


Efren Reynaga
704 S. Inglewood
Inglewood, CA 90501


Eileen Love
726 Redway Circle
Trotwood, OH 45426

Elfriede Landsmann
#402, 300 St. Claire Ave. West
Toronto, ON M4V 1S4


Elisabeth Van Hemert
640 Pico Blvd
#2
Santa Monica, CA 90405


Equity Trust Co., Cust, Fbo John V. Ira
P.O. Box 91
Kemblesville, PA 19347


Eric Rob
2469 Alcarol Dr
Fenton, MO 63026


Erin Jamison
2316 West Echo Lane
Phoenix, AZ 85021


Erle & Joy Jones
1121 E Ivanhoe St
Chandler, AZ 85225


Evan Scutero
7527 Jacaranda Leaf Street
Las Vegas, NV 89139


Event Promotions, Usa, Llc
3138 N 53Rd St
Phoenix, AZ 85018

F Scott Jackson &
15 Hillsborough
Newport Beach, CA 92660-6734


First Equity Group Inc.
498 Palm Springs Drive, Suite 47
Altamonte Springs, FL 32701


Frances Lee Tilman Ira
100 N.W. 16Th St., # 102
Fruitland, ID 83619


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Frau Margot Porchet
IM Bungert 7
CH-8820 Waedenswill


Garbero,Gregory
1748 W. Aloe Vera Dr.
Phoenix, AZ 85085


Gary & Patricia Mcdevitt
17667 W. Sunbelt Dr.
Surprise, AZ 85374


Gary Badour
2020 Stoner Ave.
Los Angeles, CA 90025

Gary Badour
12918 Cerise Ave
Hawthorne, CA 90250


Gateway Pacific Properties, Inc.
P.O. Box 6236
Hicksville, NY 11802-6236


GE- Druck
1100 Technology Park Drive
Billerica, MA 01821


GEL Properties
16192 Coastal Highway
Lewes, DE 19958


George & Daniel Shaffer Jtwros
3825 W Rose Garden Ln
Glendale, AZ 85308


Gianna Schuermann
5409 Via Donte
Marina Del Rey, CA 90292


Glen A. Bonnema
31616 S Center Road
Peotone, IL 60468


Gunilla Margareta Scharin

Gustav Christer Lindberg


Hans Andersson


Hans-Georg Nitschke
Byvagen 75
TABY
18745, Sweden


Harrison Law, P.A.
8955 US Highway 301 N
No. 203
Parrish, FL 34219


Hawk Security Systems
P.O. Box 4078
Torrance, CA 90510


High Pressure Equipment Co.
1222 Linden Ave.
Erie, PA 16505


Howard Herrington
13 Cokedale Spur
Livingston, MT 59047


Ice Conversions, Inc.
23146 Mariposa De Oro Street
Malibu, CA 90265

Ice Conversions, Inc.
23146 Mariposa De Oro St.
Malibu, CA 90265


Ifm Independent Fund Management Ag
Austrasse
Vaduz


In the News, Inc.
8517 Sunstate Street
Tampa, FL 33634


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Isaac Winner
2322 E. 29 Th Street
Brooklyn, NY 11229


Island Capital Management Llc
15500 Roosevelt Boulevard,
Suite 301
Clearwater, FL 33760


Island Stock Transfer
15500 Roosevelt Boulevard
Suite 301
Clearwater, FL 33760


J & L Maintenance Services
16320 Pocono St.
La Puente, CA 91744

Jack Rothberg
10921 Wilshire Blvd., #1113
Los Angeles, CA 90024


James & Jane Alder
Po Box 762
Carefree, AZ 85377


James Hibbard
16625 Redmond Way M-442
Redmond, WA 98052


Janelle Schick
6318 N. 52Nd Place
Paradise Valley, AZ 85253


Jasmine Coleman
3802 Denlinger Road
Dayton, OH 45426


JDF Capital
47 Broadway
Freehold, NJ 07728


Jeffrey Gersh
15821 Ventura Blvd.,
Suite 515
Encino, CA 91436


Jeremiah Alder
Po Box 762
Carefree, AZ 85377

Jerome Torresyap
800 S. Pacific Coast Highway
PMB 8-387
Redondo Beach, CA 90277


Jerry & Marsha Franklin
30923 N River Rd
Prairie City, OR 97869


Jesse R. Crosby
240 E Coury Ave, # 130
Mesa, AZ 85210


Jesse T. Molina
414 N. 5Th St.
Williams, AZ 86046


Jessica Savage
3011 Cabrillo Mesa Dr.
San Diego, CA 92123


Jim Jones
1034 14Th St., #7
Santa Monica, CA 90403


JMJ Financial
1504 Bay Rd.
Apt. 920
Miami Beach, FL 33139

Joanna Wilder
5512 W. 76Th St.
Los Angeles, CA 90045


Joe Pankowski
5345 S. Mccreedy Ave.
Cudahy, WI 53110


Joella Ramsey
3243 W Voltaire Ave
Phoenix, AZ 85029


John And Debra Kunst
232 Rathje Rd.
Peotone, IL 60469


John And Donna Broccardo
516 Prairie Rd
Matteson, IL 60433


John J. Piazza
2025 East Leewyn Dr.
Sarasota, FL 34240


John Wilken
2705 Voorhees Avenue
Redondo Beach, CA 90278


Jonathan Boggs
12918 Cerise Ave
Hawthorne, CA 90250

Jonathan W. Groves
9814 Crystal Blvd
Baytown, TX 77523


Joseph Coleman
3802 Denlinger Road
Dayton, OH 45426


Joseph Scutero
4240 Flaming Ridge Trl
Las Vegas, NV 89147


Joseph Scutero And Ruth Scutero
4240 Flaming Ridge Trail
Las Vegas, NV 89147


Joshua Savage
3011 Cabrillo Mesa Dr.
San Diego, CA 92123


Jsh Capital Oy/Juha Halttunen
Honkaluodonrinne 4 00570
Helsinki


Judy Mayberry
3442 Altridge St.
San Diego, CA 92123


Juha Halttunen
Honkaluodonrinne 4
Helsinki 00570

Julie Shepherd
3114 Carrington Dr.
Crystal Lake, IL 60014


Kandace Coleman
3802 Denlinger Road
Dayton, OH 45426


Karen Wolfson
311 Pecos Way
Las Vegas, NV 89121


Kathleen E. Larue-Melby
11046 Pleasant Valley Rd.
Sun City, AZ 85351


Keith Claridge
10701 N. 99Th Ave. #162
Peoria, AZ 85345


Keith Micetich
133 Esquire Lewis Rd.
Humboldt, TN 38343


Kelly & Barbara Voigt
P.O. Box 369
Prairie City, OR 97869


Kelly Micetich
73-52319 Range Road 231,
Sherwood Park, AB T8B 1A8

Ken Hibbard
12903 55Th Ave Se
Everett, WA 98208


Kevin Ibach
1807 - 25 Maitland St
Toronto, ON M4Y 2W1


Kim Levin
2518 Xenia St.
Bellingham, WA 98226


Kimberly Mansfield
1682 Cup Tree Rd
Gravois Mills, MO 65037-6930


Kimchi Moyer Enterprises
3475 Deer Trail Rd
Santa Rosa, CA 95404


Kohall Holding
Im Zenrum 1
CH-8102 Oberengstringen
Oberengstringen, Zurich


Kristine Josephine Santos Reyes
2131 Northwood Circle, #A
Concord, CA 94520


Kurt Schneiter
3633 E Broadway Suite 100
Long Beach, CA 90803

LADD Distribution
4849 Hempstead Station Drive
Dayton, OH 45429


Landis Abrams
7068 W Avenida Del Rey
Peoria, AZ 85383


Lawrence Weisdorn
22525 Pacific Coast Hwy
No. 101
Malibu, CA 90265


Leah Jamison
2316 West Echo Lane
Phoenix, AZ 85021


Leanne Geale
Van Wijnbergenlaan 13 - 2242
Jr Wassenaar
The Netherlands, NL


Lee Williams
1357 Goucher Street
Pacific Palisades, CA 90272


Lester Bruno
21628 N Central Ave #4
Phoenix, AZ 85024


LG Capital
Eli Alan Safdieh
1218 Union Street
Suite 2
Brooklyn, NY 11225

Lg Capital Funding, Llc
1218 Union St. Suite # 2
Brooklyn, NY 11225


Linda S. Sang
14329 Stamford Circle
Orlando, FL 32826


Lorna Melnyk
133 Esquire Lewis Rd.
Humboldt, TN 38343


Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054


Lou Murdica
73200 Hilltop Rd.
Sky Valley, CA 92241


Louis Hurlburt
2500 Benedict Canyon
Beverly Hills, CA 90201


Loyola Marymount University
Charles Von Der Ahe Building
1 LMU Drive, Ste. 250
Los Angeles, CA 90045


Magnus Nyberg

Mannie Wilks
10736 Jefferson Blvd # 115
Culver City, CA 90230

Marcus Hutchinson
8114 W Manitoba St #104
Playa Del Rey, CA 90293

Margit Gennser

Marie Mihail
11213 39Th Drive Se
Everett, WA 98208

Marie-Louise Olsson
7027 Werks Dr.
Vancouver, BC V5S 4M7

Mark Haney
310 Tahiti Way, #110
Marina De Rey, CA 90292

Mark J. Kepes
2480 Cobble Creek Lane
Grayson, GA 30017

Mark Sisson
6202 Ramirez Mesa Dr.
Malibu, CA 90265

Marketwire
100 N. Sepulveda Blvd., # 325
El Segundo, CA 90245


Markus Lindberg
Maenrinne 20 D 4
Fin-02160
Espoo


Martin Schuermann
P.O. Box 1193
Marina Del Rey, CA 90295


Martin Schuermann
2230 East Artesia Blvd
Long Beach, CA 90805


Mathew Miller
2595 Lynnwood Ave
No. 110
Las Vegas, NV 89109


Matt Folkerds
3823 Beethoven St.
Los Angeles, CA 90066


Matthias Hammesfahr
Moosstrasse 1
Leutwil CH-8810


Mediant Communications
P.O. Box 4078
Cary, NC 27518

Meshel Coleman
3802 Denlinger Road
Dayton, OH 45426

Michael E. & Michelle Rotberg
2662 33Rd St.
Santa Monica, CA 90405

Michael J Daniels
6719 Bobby Jones Ct
Palmetto, FL 34221-6637

Michael J. Daniels
6719 Bobby Jones Ct
Palmetto, FL 34221

Michael Kim
4640 Admiralty Way, #500
Marina Del Rey, CA 90292

Michael Kraut
181 N. Keller St
Pahrump, NV 89060

Michael Marcelli
3291 Austin Ave
Simi Valley, CA 93063

MICKEY BOROFSKY
25212 1/2 MALIBU RD.
MALIBU, CA 90265

Miles Maroney
3230 Van Allen Place
Topnaga, CA 90290-4474


Motivo Engineering LLC
19821 Hamilton Ave
Torrance, CA 90502


Mouser Electronics, Inc.
PO Box 99319
Fort Worth, TX 76119


Myrna Greene
12918 Cerise Ave.
Hawthorn, CA 90250


Myrna Greene
12918 Cerise Ave.
Hawthorne, CA 90250


Nathaniel Petre
1064 Hi Point St.
Los Angeles, CA 90035


Nick Holladay
14444 E 22Nd Place
Aurora, CO 80011


Nirav Amin
5000 Mission Oaks Blvd. #156
Austin, TX 78735

Nirav Amin
5000 Mission Oaks Blvd., #156
Austin, TX 78735


Nordin Stig


Novium
Seestrasse 45, Postfach
CH - 8702 Zollikon
Switzerland


Novium
Seestrasse 45
Postfach
CH-8702 Zollikon


Novium Opportunity Umbrella Sicav
Tg Complex Suite 2 Level 3
Brewery Street
Mriehel


Oakneck Investors
3170 Hassell Rd.
Oak City, NC 27857


Olli-Pekka Laitinen
Hietalahdenranta 5E B38
Helsinki 120 FI


OneSource Distributors, LLC
PO Box 842388
Los Angeles, CA 90084

Patricia Diaz
17134 Renwick Rd.
Azusa, CA 91702


Patrick Connolly
1511 Taraval St. No. 205
San Francisco, CA 94116


Patrick Connolly & Ellen Connolly
1511 Taraval St.
San Francisco, CA 94116


Paul M. Healey
61 N. Keller St.
Pahrump, NV 89060


Paul S. & Mary Margaret Fitch
5775 S Camino Del Sol #12104
Green Valley, AZ 85622


Peggy Altamura
8287 E. Nightingale Star Dr.
Scottsdaleq, AZ 85382


Peter & Theodora Grias Jtwros
18110 Leval
Livonia, MI 48152


Peter Stahl

Philip Smith
242 2Nd Ave., Box 177
Sacred Heart, MN 56285


Pierre Gelinas


Pirtek
7250 Bandini Blvd., #101
Los Angeles, CA 90040


Pm Central, Inc.
6661 E Heritage Avenue
Clovis, CA 93619


Pmb Securities Corp.
53 67Th Place
Long Beach, CA 90803


Post One Investors, Llc
2601 South Bayshore Drive
9Th Floor
Coconut Grove, FL 33133-5430


Professional Cleaning
1056 Belmont Avenue, #201
Long Beach, CA 90804


Proxy & Printing LLC
15500 Roosevelt Boulevard
Suite 301
Clearwater, FL 33760

QIF Malta


Qif Malta 1 Ltd.
Novium Ag - Raul Cortes
Seestrasse 45
Zollikon Zh CH-8702


Quality Investment Fund
Seestrasse 45
Postfach
Zollikon CH-8702


Rafael And Vivian Valle Family Trust
5341 N 43Rd Ave
Phoenix, AZ 85019


Ralph Kaechele
7953 1/2 W. Norton Ave.
West Hollywood, CA 90046


Randall L. & Elisa D. Davis Trust
7133 W. Columbine Dr.
Peoria, AZ 85381


Rather Family Trust
6011 N. Desert Sun Court
Tucson, AZ 85750


Raul Cortes
Tunnelstrasse 12
Horgen CH- 8810
Switzerland

Richard Martini
12 Oak Hill Dr.
Amherst, NH 03031


Richy S. & Joanne M. Kaye Greenberg
Po Box 2471
Carefree, AZ 85377


Rickland K. Rasmusen Trust
17104 Strait Road
Harvard, IL 60033


Rino Romano
310 Tahiti Way, #110
Marina De Rey, CA 90292


Robert Angell Ttee
2298 W Dry Creek Rd
Healdsburg, CA 95448


Robert Rabinowitz
C/O Jh Darbie & Co.
99 Wall Street, 6Th Floor
New York, NY 10005


Robert Reedy
2235 16Th St
Baker City, OR 97814


Robert Shipley
1430 N. Harper Ave., #301
West Hollywood, CA 90046

Robert Wyckoff Ira Wykoff Ira
5201 W Camelback, #B36
Phoenix, AZ 85031


Roger Burkert
1504 Azure Hills Drive
Van Buren, AZ 72956


Rolland L. Owens
124 Grandview Drive
Wintersville, OH 43953


Root Family Trust, Donna M. Root Trustee
8619 E Devonshire
Scottsdale, AZ 85251


Russell Hardy
1827 Forest Meadows Dr.
Prescott, AZ 86303


Russell Miller
633 Flower Ave.
Unit 2
Venice, CA 90291


Russell Nishida
15603 Broadway Center St.
Gardena, CA 90248


Ryan Pollard
818 W. Balboa Blvd., #B
Newport Beach, CA 92660

Safeguard
P.O. Box 88043
Chicago, IL 60680


Sam Kocher
Ved Homdmosen 137
Horshocm 2970
Denmark


Sandy G. Kellin
Po Box 6088
Carefree, AZ 85377


Sandy Harris
6833 W. Tether Trail
Peoria, AZ 85382


Scott Bills
7130 83Rd Drive E
University City Park, FL 34201


Scott Mandeville & Leigh Kurtz
13226 N. El Pueblo
Fountain Hills, AZ 85268


SecuritiesExchange Commission
5670 Wilshire Blvd.
11th Floor
Los Angeles, CA 90036


Shanghai Elion Co.

Sherrie J. Long
1314 Thornapple Drive
Osprey, FL 34229


Shilpa Amin
5000 Mission Oaks Blvd. #156
Austin, TX 78735


Shilpa Amin
5000 Mission Oaks Blvd., #156
Austin, TX 78735


Shona Gupta
3426 Fay Ave
Culver City, CA 90232


Simpson Superannuation Fund
15 Troy St.
Apple Cross WA 6153
Australia 06153


Skyline Communications, Inc.
304 S. Inglewood Av.
Inglewood, CA 90301


Sorena Ab
Po Box 8078
163 08
Spanga
Sweden


State Compensation Insurance Fund
PO Box 420807
San Francisco, CA 94142

Stephanie Owens
4908 Velma Drive
Killeen, TX 76542


Stephen M. & Leslie A. Sommers
10602 W. Lone Cactus Dr.
Peoria, AZ 85383


Swift Fire Protection
314 Main Street
Lakewood, CA 90711


Swiss Hermitage Gmbh
Wispilenstrasse 102
Gstaadd CH-3780
Switzerland


Tanaa Frederic
41 Argento
Mission Viejo, CA 92692


The Williamson Family Trust
1484 N. Kennymead Street
Orange, CA 92869


Therese Johnston
4033 E Windsong Ave
Spokane, WA 99223


Thomas James Linovitz
260 Newport Center Dr
Suite 100
Newport Beach, CA 92669

Tim Fitzgerald
63 Regent Street
Cambridge, MA 02140


Todd M. Jorgensen
11483 S. Jordan Bend Rd.
South Jordan, UT 84095


Toivelemb Kivikas
Wirsens Vag 10B
Djursholm 18263
Sweden


Tom Libby
74056 Aster Dr.
Palm Desert, CA 92260


Tom Libby
74056 Aster Dr.
Palm Springs, CA 92260


Tom Marshall
243 S. Barrignton Ave.
Los Angeles, CA 90049


Tom Melgun
8701 Delgany Ave #207
Playa Del Rey, CA 90293


Tracy E. Stevenson
6036 W Surrey Ave
Glendale, AZ 85304

Travelers Insurance
PO Box 660317
Dallas, TX 75266


TTSI
18735 S. Ferris Place
Compton, CA 90220


Tuan Do
2719 Kelton Ave.
Los Angeles, CA 90064


Tuan Do
500 E. Del Mar Blvd., #15
Pasadena, CA 91101


Typenex
303 E. Wacker Drvie
Suite 1200
Chicago, IL 60601


Undercar PLUS
533 N. La Brea
Inglewood, CA 90302


Union
338 Crown Street
Brooklyn, NY 11225


Union Capital , Llc
A365 Kingson Ave
Suite 3
Brooklyn, NY 11225

United States Treasury
Internal Revenue Service
Ogden, UT 84201-0005


UPS Supply Chain Solutions
700 Keystone Industrial Park
Scranton, PA 18512


Valere Hegerhorst
30767 Mormon Blvd
Bruneau, ID 83604


Valvoline
3499 Blazer Parkway
Lexington, KY 40509


Virginia Rode
28 Bow Meadows Drive
Cochrane, AB T4C 1M9
Canada


Vista Capital Investments
4342 Vista Way
La Mesa, CA 91941


Wallace Massey
1830 Lincoln Blvd # 101
Santa Monica, CA 90404


William & Cheryl Fitch
240 Rainbow Dr., #14096
Livingston, TX 77399

William B. Harrison
114 Dominic Dr
Weirton, WV 26062


William B. Harrison Ii
1421 Cameron Hollow Road
New Cumberland, WV 26047


William B. Harrison Iii
1421 Cameron Hollow Road
New Cumberland, WV 26047


William H. & Cheryl D. Fitch
240 Rainbow Dr., #14096
Livingston, TX 77399


William Patrick Murdica
72250 20Th Ave.
Sky Valley, CA 92241


Wilma Harrison
114 Dominic Dr
Weirton, WV 26062


Zanoli Invest Ltd.